| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>Moore, Jr., William T | 2. Court or Organization<br>Southern District of Georgia | 3. Date of Report<br>5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Chief U.S. District Judge | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>P.O.Box 10245<br>Savannah, GA 31412 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 21 A 11:22 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | David Byck Realty - Commissions | 0.00 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Institute of Continuing Legal Education in Georgia | Sept. 11 & 12, 2004, Atlanta, GA - Travel, meals and lodging. |
| 2. | American Board of Criminal Lawyers | Oct. 12, Charleston, SC - Lodging and meal. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Merrill Lynch IRA Rollover Acct (Assets listed below) | F | Dividend | O | T | | | | | |
| 2. ML/CMA Government Securities Fund | A | Interest | K | T | None | | | | |
| 3. U.S. Treasury Note 8/15/03 | A | Interest | | | Redemption | 8/15 | K | A | |
| 4. U.S. Treasury Note 1/31/03 | A | Interest | | | Redemption | 1/31 | K | A | |
| 5. U.S. Treasury Note 2/15/04 | | None | K | T | None | | | | |
| 6. Allstate Corp. Common Stock | B | Dividend | J | T | None | | | | |
| 7. Wyeth Common Stock | B | Dividend | J | T | None | | | | |
| 8. Amgen Corp. Common Stock | C | Dividend | J | T | Partial Sale | 3/14 | J | C | |
| 9. Amsouth Bancorporation Common Stock | B | Dividend | J | T | None | | | | |
| 10. Bank of America Corp. Common Stock | B | Dividend | K | T | None | | | | |
| 11. Walt Disney Co. Common Stock | B | Dividend | J | T | None | | | | |
| 12. Gannett Co. Inc. Common Stock | C | Dividend | K | T | None | | | | |
| 13. Home Depot Common Stock | C | Dividend | J | T | None | | | | |
| 14. Jefferson-Pilot Common Stock | C | Dividend | K | T | None | | | | |
| 15. Proctor & Gamble Common Stock | C | Dividend | K | T | None | | | | |
| 16. Schering-Plough Common Stock | | None | J | T | None | | | | |
| 17. Time Warner, Inc. Common Stock- | B | Dividend | J | T | None | | | | |
| 18. Costco Companies, Inc. Common Stock | C | Dividend | J | T | None | | | | |

1. Income/Gain Codes: A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
(See Columns B1 and D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
(See Columns C1 and D3)   N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000   P4 =$More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash/Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Pepsico, Inc. Common Stock | B | Dividend | J | T | None | | | | |
| 20. ConocoPhillips Common Stock | | None | J | T | None | | | | |
| 21. Intel Corp. Common Stock | C | Dividend | J | T | None | | | | |
| 22. U.S. Treasury Note 5/15/04 | | None | K | T | None | | | | |
| 23. U.S. Treasury Note 11/15/05 | | None | K | T | None | | | | |
| 24. U.S. Treasury Note 5/15/05 | | None | K | T | None | | | | |
| 25. U.S. Treasury Note 10/15/06 | | None | K | T | None | | | | |
| 26. International Business Machines Corp. Common Stock | B | Dividend | J | T | None | | | | |
| 27. U.S. Treasury Note 11-15-03 | A | Interest | | | Redemption | 11/15 | K | A | |
| 28. U.S. Treasury Note 11/15/08 | | None | K | T | None | | | | |
| 29. Minnesota Mining & Mfg. Co. (3M Company) Common Stock | C | Dividend | K | T | None | | | | |
| 30. Kimberly-Clark Common Stock | B | Dividend | J | T | None | | | | |
| 31. Kraft Foods Common Stock | | None | J | T | None | | | | |
| 32. Murphy Oil Corp. Common Stock | D | Dividend | K | T | None | | | | |
| 33. Pfizer, Inc. Common Stock | B | Dividend | J | T | None | | | | |
| 34. Sears, Roebuck & Co. Common Stock | | None | | | Sold | 6/12 | J | | |
| 35. ConocoPhillips | | None | | | Sold | 3/14 | J | | |
| 36. United Parcel Service Cl B Common Stock | B | Dividend | J | T | None | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. U.S. Treasury Note 8/15/07 | | None | K | T | None | | | | |
| 38. Medco Health Solutions Common Stock | C | Dividend | K | T | Buy | 9/15 | J | | |
| 39. TJX Companies Inc Common Stock | B | Dividend | J | T | Buy | 6/12 | J | | |
| 40. U.S. Treasury Note 11/15/07 | | None | K | T | Buy | 1/30 | K | | |
| 41. U.S. Treasury Note 2/15/08 | | None | K | T | Buy | 5/12 | K | | |
| 42. U.S. Treasury Note 8/15/06 | | None | K | T | Buy | 8/19 | K | | |
| 43. U.S. Treasury Note 8/15/08 | | None | K | T | Buy | 11/17 | K | | |
| 44. Sterne, Agee & Leach - IRA Account (Assets listed below) | D | Dividend | L | T | | | | | |
| 45. Mason Dixon Preferred Stock | A | Dividend | J | T | None | | | | |
| 46. ICH Corp. Common Stock | | None | J | T | None | | | | |
| 47. Security Federal Bancorp Common Stock | A | Dividend | J | T | None | | | | |
| 48. Federated Prime Cash Money Market Fund | A | Interest | K | T | None | | | | |
| 49. Cotton States Life Ins. Common Stock | B | Dividend | J | T | None | | | | |
| 50. ABC Bancorp Cap Common Stock | A | Dividend | J | T | None | | | | |
| 51. Chittenden CAP TR I Preferred Stock | A | Dividend | J | T | None | | | | |
| 52. Exxon Mobile Corp Common Stock | A | Dividend | J | T | None | | | | |
| 53. General Electric Common Stock | A | Dividend | J | T | None | | | | |
| 54. Republic Bankshares, Inc. Common Stock | C | Dividend | | | Sold | 12/2 | J | C | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore, Jr., William T | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. WD-40 Company Common Stock | | None | | | Sold | 9/15 | J | | |
| 56. Coast Financial Holdings Common Stock | A | Dividend | J | T | Buy | 11/5 | J | | |
| 57. Duke Energy Corp. Common Stock | A | Dividend | J | T | Buy | 12/2 | J | | |
| 58. Source Interlink Co. Inc. Common Stock | B | Dividend | J | T | Buy | 7/8 | J | | |
| 59. Coca Cola Common Stock | | None | J | T | None | | | | |
| 60. Sterne, Agee & Leach, Inc. IRA (Assets listed below) | E | Dividend | M | T | | | | | |
| 61. Wachovia CS Common Stock | A | Dividend | | | Sold | 7/24 | J | A | |
| 62. Healthcare American, Inc. Common Stock | | None | | | Bankrupt | 5/1 | | | |
| 63. Security Federal Bancorp Common Stock | B | Dividend | J | T | None | | | | |
| 64. BankAtlantic Corp. Bond 10/1/05 | A | Interest | | | Redeemed | 1/24 | J | A | |
| 65. Federated Prime Cash Money Market Fund | | None | J | T | None | | | | |
| 66. New STH CAP TRI Preferred Stock | | Dividend | J | T | Partial Sale | 7/31 | J | | |
| 67. | | | | | Sold | 9/30 | J | | |
| 68. Premier CAP TR I Preferred Stock | | None | J | T | None | | | | |
| 69. ABC Bancorp Cap. TR Preferred Stock | A | Dividend | J | T | None | | | | |
| 70. Chittenden CAP TR I Preferred Stock | A | Dividend | J | T | None | | | | |
| 71. Colonial Capital TR III Preferred Stock | A | Dividend | J | T | None | | | | |
| 72. Exxon Mobile Corp Common Stock | B | Dividend | J | T | None | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. General Electric Common Stock | A | Dividend | J | T | None | | | | |
| 74. Republic Bancshares, Inc. Common Stock | A | Dividend | J | T | Partial Sale | 9/15 | J | A | |
| 75. | | | | | Sold | 12/2 | J | B | |
| 76. WD-40 Company Common Stock | | None | J | T | Redemption | 9/15 | J | | |
| 77. Citigroup Inc. Corp. Bond 3/6/07 | | None | J | T | None | | | | |
| 78. Household Finance Corp. Bond | A | Interest | J | T | None | | | | |
| 79. Coast Financial Holdings Common Stock | A | Dividend | J | T | Buy | 11/5 | J | | |
| 80. SunTrust Banks Inc. Common Stock | A | Dividend | J | T | Buy | 7/24 | J | | |
| 81. Source Interlink Co. Common Stock | B | Dividend | J | T | Buy | 7/8 | J | | |
| 82. Duke Energy Corp Common Stock | A | Dividend | J | T | Buy | 12/2 | J | | |
| 83. Federal National Mortgage Assn Investment Notes B/E | | None | J | T | Buy | 1/8 | J | | |
| 84. Federal Home Loan Bank Bond 7/23/08 | A | Interest | J | T | Buy | 8/19 | J | | |
| 85. United Parcel Service Corp. Bond | | None | J | T | Buy | 9/30 | J | | |
| 86. SunTrust Bank Money Market Acct. (#1) | A | Interest | J | T | None | | | | |
| 87. SunTrust Bank Money Market (#2) | A | Interest | J | T | None | | | | |
| 88. American General Annuity (X) | A | Interest | K | T | None | | | | |
| 89. Strategic Value Fund (Mutual Fund) | C | Dividend | J | T | None | | | | |
| 90. SunTrust Bank Money Market #3 | A | Interest | K | T | Opened | 1/23 | J | | |

1. Income/Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
   (See Columns B1 and D4) F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
   (See Columns C1 and D3) N =$250,000-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
   P3 =$25,000,001-$50,000,000  P4 =$More than $50,000,000
3. Value Method Codes: Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash/Market
   (See Column C2) U =Book Value  V =Other  W =Estimated

**VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS**     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature    Date _May 12, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544